Franco Soro
P.O. Box 34602
Las Vegas, Nevada 89113
(9702) 253-5875
Plaintiff
PRO SE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
***

| | |
|---|---|
| FRANCO SORO, ) | CASE NO.: 2:10-CV-01611-KJD-RJJ |
| )  Plaintiff,      ) | |
| ) | |
| vs.                ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| EXECUTIVE TRUSTEE SERVICES, ) | |
| INC. and GMAC MORTGAGE CORP.,  ) | |
| ) | |
| ) | |
| Defendants.   ) | |
| ) | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. Pro. 41(a), no answer having been filed and no motion for summary judgment having been filed by Defendants, the above-entitled matter is hereby dismissed without prejudice.

DATED this 28th day of October, 2010.

Respectfully submitted:

_____
Franco Soro
P.O. Box 34602
Las Vegas, Nevada 89113
Plaintiff
Pro Se

1

**ORDER OF VOLUNTARY DISMISSAL**

2      Upon the notice of Plaintiff for voluntary dismissal of the

3  above-entitled matter, and good cause appearing therefor,

4      IT IS HEREBY ORDERED that the above-entitled action is

5  dismissed without prejudice, each party to bear it's own attorney's

6  fees and costs.

7      DATED this __26th__ day of January, 2011.

8       IT IS SO ORDERED.

9

10                   _____

UNITED STATES DISTRICT COURT CLERK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-